UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**VITOR LOPES RAMIRO,**
        **Petitioner,**

    V.

**ANTONE MONIZ, ET AL.,**
        **Respondents.**

        CIVIL ACTION
        NO.   25-11851-BEM

## ORDER FOR RELEASE

**MURPHY, D. J.**

Upon a hearing held this day, the Petitioner, Vitor Lopes Ramiro, is hereby ORDERED RELEASED from custody.

By the Court,

DATE:  July 22, 2025

/s/ Barbara I. Beatty
Deputy Clerk