UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VITOR LOPES RAMIRO,<br><br>Petitioner,<br><br>v.<br><br>ANTONE MONIZ, et al,,<br><br>Respondents. | Civil Action No. 1:25-CV-11851-BEM |

**RESPONDENTS' *UNOPPOSED* MOTION FOR A STAY OF FILING OF THEIR SUR-REPLY AND OTHER OBLIGATIONS
IN LIGHT OF LAPSE OF APPROPRIATIONS**

The Respondents hereby move for a stay of the filing of their Sur-reply scheduled for October 17, 2025 and the hearing set for October 27, 2024, in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice (DOJ) expired and appropriations to the DOJ lapsed. The same is true for several other Executive agencies, including Respondents. The DOJ does not know when funding will be restored by Congress.

2. Absent an appropriation, DOJ attorneys and employees of the Office of Immigration Litigation are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the DOJ therefore requests a stay of Respondents obligations listed above, until Congress has restored appropriations to the DOJ.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the DOJ. The Government requests that, at that point, all current deadlines for Respondents be extended commensurate with the duration of the lapse in appropriations.

1

5. Opposing counsel has authorized counsel for the Government to state that they have no objection to this motion, provided that the current deadlines resume following the Government shutdown. Petitioner is not detained pursuant an Order issued by this Court, without conditions, and thus, is not prejudiced by this Motion.

Therefore, although Respondents greatly regret any disruption caused to the Court and the other litigants, Respondents hereby move for a stay of Respondents' obligations as they relate to the filing of a Sur-reply and the scheduled October 27, 2025 hearing until DOJ attorneys are permitted to resume their usual civil litigation functions. At that point, this Court can set new deadlines for the Respondents' Sur-reply and schedule a new hearing date.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: October 10, 2025     By:    */s/ Michael Sady*
MICHAEL SADY
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3100
Email: michael.sady@usdoj.gov

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I, Michael Sady, Assistant United States Attorney certify that, I conferred with Petitioner's counsel, who has no opposition to the relief sought in this Motion.

Dated: October 10, 2025     By:    */s/ Michael Sady*
Michael Sady
Assistant United States Attorney

2