UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VITOR LOPES RAMIRO,

      Petitioner,

      v.

ANTONE MONIZ, Superintendent, Plymouth
County Correctional Facility, et al.,

      Respondents.

Civil Action No. 25-cv-11851-BEM

## PARTIES' STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), the parties move this Honorable Court to dismiss this action, without prejudice, parties to bear their own costs and attorney's fees. As grounds therefor, the Parties state the following:

1.  On July 22, 2025, after a hearing on the initial Petition filed in this case and the Respondents' Response thereto, this Court released Petitioner, without conditions, indicating that Petitioner's detention was governed by 8 U.S.C. § 1226(a). Rather than ordering a bond hearing with the Immigration Court, Petitioner was ordered released that day. *See* Doc. No. 35.

2.  The Respondents agree that they will not seek an order from this Court ordering a bond hearing where this Court has previously ordered Petitioner's release.

3.  Similarly, Respondents agree that they will not seek to remove Petitioner from the United States pursuant to 8 U.S.C. § 1225(b)(1), the expedited removal procedures envisioned therein. Currently, Petitioner is in 8 U.S.C. § 1229a removal proceedings

and will remain released until its conclusion, unless Petitioner engages in conduct that would warrant detention.  This agreement in Paragraph 3 herein applies only to Petitioner's initial entry into the United States on or about August 15, 2024.

4.  Nothing in this Stipulation is an admission of liability on the part of either Party and they both respectfully maintain the positions they have argued in their respective pleadings and argument with this Court.

5.   This Stipulation represents the Parties' agreement to conclude this matter in its entirety without further resort to litigation.


Respectfully submitted,


PETITIONER
By his counsel,


/s/ Julian Bava
Daniel McFadden
Julian Bava
American Civil Liberties Union
Foundation of Massachusetts, Inc.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
dmcfadden@aclum.org
jbava@aclum.org


Annelise M. Jatoba de Araujo
(BBO # 669913)
Annelise Araujo Law, LLC
260 Franklin Street, Suite 520
Boston, MA 02110
617-716-6400
annelise@annelisearaujolaw.com

RESPONDENTS
By their counsel,
LEAH B. FOLEY
United States Attorney


/s/ Michael Sady
Michael Sady
Assistant U.S. Attorney
U.S. Attorney's Office
1 Courthouse Way, Ste. 9200
Boston, MA   02210
(617) 784-3362
Email:


After review of the above, the Court hereby dismisses this action, without prejudice.


So Ordered:


HONORABLE BRIAN E. MURPHY
United States District Court